THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD SHARRETT,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLAND AMERICA LINE INC., a Washington Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, and HAL ANTILLEN N.V., a Curacao Corporation,<br><br>　　　　　　　　Defendants. | No. 16-cv-01076 RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL |

## STIPULATION

**COME NOW** Plaintiff GERALD SHARRETT and Defendants HOLLAND AMERICA LINE INC., HOLLAND AMERICA LINE N.V., and HAL ANTILLEN N.V., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
No. 16-cv-01076 RSL – Page 1

NIELSEN✦SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

DATED this 14th day of August, 2017.

*s/Charles Moure (via email authorization)*
Charles P. Moure, WSBA # 23701
Moure Law, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-682-5600
Facsimile: 206-374-2293
Email: charles@mourelaw.com
Attorneys for Plaintiff


*s/Wayne Mitchell (via email authorization)*
Wayne Mitchell, WSBA # 24347
Anderson & Mitchell, PLLC
100 S. King St., Suite 560
Seattle, CA 98104
Telephone: (206) 436-8490
Facsimile: (206) 436-8491
Email Address: wayne@andersonmitchell.com
Attorneys for Plaintiff


*s/Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
Nielsen Shields, PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone: 206-728-1300
Facsimile: 206-728-1302
Email: las@nielsenshields.com
Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No. 16-cv-01076 RSL – Page 2

NIELSEN✦SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

[PROPOSED] ORDER
===

Based upon the foregoing Stipulation, the referenced claims of Plaintiff's are hereby dismissed with prejudice, and without costs.

Dated this 16<sup>t</sup> day of Aug, 2017.

*/s/ M Lasnik*

The Honorable Robert Lasnik
United States District Court Judge

Presented By:

NIELSEN SHIELDS, PLLC

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
Nielsen Shields, PLLC
1000 Second Avenue, Suite 1950
Seattle, WA 98104
Phone: 206.728.1300
Fax:    206.728.1302
Email: las@nielsenshields.com
Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No. 16-cv-01076 RSL – Page 3

NIELSEN SHIELDS
PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300